WR-80,923-02
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/28/2015 1:41:15 PM
Accepted 4/28/2015 2:22:09 PM
ABEL ACOSTA
CLERK

## No. WR-80,923-02

## In the Court of Criminal Appeals
## Austin, Texas

RECEIVED
COURT OF CRIMINAL APPEALS
4/28/2015
ABEL ACOSTA, CLERK

## In re RODERICK HARRIS,
### Relator

## No. W09-00409-Y(A)
## Criminal District Court No. 7
## of Dallas County, Texas

---

## MOTION FOR STAY
## OF ARTICLE 11.071 EVIDENTIARY HEARING

Susan Hawk
Criminal District Attorney
Dallas County, Texas

Shelly O'Brien Yeatts
Assistant District Attorney
State Bar No. 24033487
133 N. Riverfront Blvd., LB-19
Dallas, TX 75207-4399
(214) 653-3625
(214) 653-3643 *fax*
syeatts@dallascounty.org

REAL PARTY IN INTEREST

## MOTION FOR STAY
## OF ARTICLE 11.071 EVIDENTIARY HEARING

Real party in interest in this matter, the State of Texas, through the Criminal District Attorney of Dallas County, asks this Court to stay the evidentiary hearing set in the Criminal District Court No. 7 of Dallas County on Relator Roderick Harris's Article 11.071 application for writ of habeas corpus, currently scheduled for the week of May 18, 2015.

Relator has filed a post-conviction application for writ of habeas corpus in the Criminal District Court No. 7 of Dallas County, Judge Elizabeth Frizell presiding, challenging his conviction and death sentence. The trial court has set an evidentiary hearing in this writ proceeding to begin on May 18, 2015. (See Exhibit A).

On April 10, 2015, in preparation for the evidentiary hearing, the trial court ordered Relator's counsel, the Office of Capital Writs (OCW), to provide the State with access to the portions of Relator's trial file relevant to his claims of ineffective assistance of trial counsel. On April 21, 2015, OCW filed an Emergency Application for Writ of Prohibition and Request for Injunction with this Court, seeking an emergency stay of the trial court's April 10, 2015 order and a writ of prohibition instructing the trial judge to withdraw the order.

2

The trial court subsequently entered an amended order on April 24, 2015, giving OCW a deadline of May 1, 2015 to provide electronic copies of the relevant portions of Relator's trial file to the State. The same day the trial court issued the amended order, OCW filed with this Court an Emergency Motion for Stay of the trial court's April 24, 2015 order.

Although Relator has requested a stay of the trial court's order requiring him to turn over portions of his trial file to the State, he has not requested a stay of the evidentiary hearing on his writ—as it would be advantageous to him if the evidentiary hearing were to proceed without the State having access to his trial file. The State cannot be prepared for the writ hearing without access to the trial files. The files well may contain evidence refuting Relator's ineffective assistance of trial counsel claims. Without access to the trial files before the hearing, the State will be unable to properly cross-examine the trial attorneys or offer documentation from the trial files into evidence. Thus, the State would be disadvantaged in the full and fair litigation of Relator's application for writ of habeas corpus if it were required to proceed with an evidentiary hearing while this writ of prohibition is pending.

Accordingly, the State respectfully requests this Court to enter a stay of the trial court's Article 11.071 evidentiary hearing until the time this Court resolves Relator's writ of prohibition.

3

Respectfully submitted,

Susan Hawk
Criminal District Attorney
Dallas County, Texas

Shelly O'Brien Yeatts
Assistant District Attorney
State Bar No. 24033487
133 N. Riverfront Blvd., LB-19
Dallas, TX 75207-4399
(214) 653-3625
(214) 653-3643 *fax*
syeatts@dallascounty.org

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion for stay has been served on the following on April 28, 2015:

Hon. Elizabeth Frizell
Criminal District Court No. 7
133 N. Riverfront Blvd.
Dallas, Texas 75207

Brad D. Levenson
Robert Romig
Office of Capital Writs
1700 N. Congress Ave., Suite 460
Austin, Texas 78711
Brad.Levenson@owc.texas.gov
Robert.Romig@ocw.texas.gov
ATTORNEYS FOR RELATOR

Shelly O'Brien Yeatts

4

# VERIFICATION

STATE OF TEXAS          §

COUNTY OF DALLAS     §

    BEFORE ME, the undersigned authority, on this date personally appeared Shelly O'Brien Yeatts, who was duly sworn, and stated that she is an Assistant Criminal District Attorney for Dallas County, that she has personal knowledge of the facts stated in the text of this motion, and that those facts are true and correct.

Shelly O'Brien Yeatts

SUBSCRIBED AND SWORN TO BEFORE ME on April 28, 2015.

NOTARY PUBLIC FOR
THE STATE OF TEXAS
My commission expires  9/9/16

LENETHA PARKER
Notary Public
STATE OF TEXAS
My commission expires 19, 2016

5

## EXHIBITS

Exhibit A     Criminal District Court No. 7 "pass sheet" setting Article 11.071 evidentiary hearing in No. W09-00409-Y(A) for week of May 18, 2015

**EXHIBIT A**

IN THE CDC #7 DISTRICT COURT
DALLAS COUNTY, TEXAS

STATE OF TEXAS

v.

Roderick Harris

§
§
§
§
§
§
§

Case No.(s):

W09-00409-Y(A)

Charged Offense(s): _____

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the attorney for the State and the Defendant, by and through his/her attorney of record, and request a continuance of this case(s) to the following date for the following purpose:

RESET DATE: 05 / 18 / 2015 —
05 / 22 / 2015

TIME: 9 : 00 AM

| | | | |
|---|---|---|---|
| ☐ | Announcement | ☐ | Motion to Suppress (with no trial setting) |
| ☐ | Agreed plea of guilty | | |
| ☐ | Open plea of guilty | ☐ | P/V Announcement |
| | | ☐ | P/V Agreed plea of true |
| | | ☐ | P/V Open plea of true |
| ☐ | Jury Trial (submit *Order Setting for Trial)* | ☐ | P/V Contested hearing |
| ☐ | Trial Before the Court (submit *Order Setting...)* | ☐ | To hire attorney |
| | | ☒ | Other Death Penalty Writ Hearing |

Plea Bargain Offer:

_____ years in prison                    _____ days/years deferred
_____ days/years in State Jail           _____ regular probation
_____ days/months in County Jail         $ _____ Fine
Other: _____       $ _____ Restitution

_____          _____          _____
Asst. District Attorney          Attorney for Defendant           Defendant

#04=5 214-653-3642   512-463-8522                                Today's Date: 02-06 15
Phone Number          Phone Number